

January 31, 2023

**Javier Soto-Arocho**
Tort Claims Administrator
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

**Denita McCoy**
Tort Claim Coordinator
USPS National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155-9948

**Cori Anika Bush**
U.S. Congresswoman
6724-A Page Ave.
St. Louis, MO 63133

> Re: **Our Client:** **Thomas Solly**
> **Date of Injury:** **March 16, 2020**
> **Claim Number:** **NT202218285**

Dear all,

On February 21, 2022, our firm submitted a demand on behalf of Mr. Thomas Solly to USPS National Tort Center regarding injuries Mr. Solly sustained when he was rear-ended by a USPS employee on March 16, 2020. The demand package was delivered on February 28, 2022.

One month later, on April 5, 2022, we received a letter from USPS Tort Claim Administrator Javier Soto-Arocho acknowledging receipt of the demand and promising to complete an evaluation "as soon as possible." Mr. Soto-Arocho warned that USPS "has six months from February 28, 2022 in which to adjudicate the claim"—so until August 28, 2022 *at the latest*.



On August 24, I called Mr. Soto-Arocho to get an update on the case. During the call, Mr. Soto-Arocho explained that the limitations period for a personal injury claim against USPS is tolled until pre-suit negotiations fail. As to Mr. Solly' claim specifically, he assured me an evaluation would be completed "in the next two months." He suggested that I call back in 30 days to follow up.

On that advice, I called Mr. Soto-Arocho 30 days later, on September 30, and left a voicemail requesting an update. I called again on October 20 and left a message to the same effect. Mr. Soto-Arocho never called me back.

On November 7, I managed to get through to the tort claim coordinator, who told me she would reach out to Mr. Soto-Arocho to determine the status of the claim. This was my last direct correspondence with anyone from your office.

Between November and January, I called Mr. Soto-Arocho no fewer than ten times, and all of my calls went to his voicemail. On January 24, I discovered that Mr. Soto-Arocho's mailbox was full.

As of today, our office has not received a single call or correspondence from Mr. Soto-Arocho or the USPS National Tort Center since the April 5, 2022 acknowledgement letter. It has been 34 months since Mr. Solly's accident, eleven months since we submitted Mr. Solly's demand, five months since USPS was to finish its evaluation, and three months since our firm communicated anyone at USPS's National Tort Center. Understandably, Mr. Solly's patience is beginning to wear thin. As is ours. His claim is straightforward and capable of resolution on the demand we submitted a year ago. There is no justification for the delay.

**Accordingly, we now request a phone conference with either Mr. Soto-Arocho or another representative from the National Tort Center to discuss the status of this claim. We ask that the conference be held no later than <u>Thursday, February 9, 2023</u>, ten days from today.**

Please contact Mr. Drew Legando at <u>drew@merrimanlegal.com</u> to schedule the call.

Very truly yours,

Merriman, Legando, Williams, & Klang, LLC
1360 West Ninth Street, Suite 200
Cleveland, Ohio 44113
P: 216.522.9000 F. 216.522.9007



Dylan Ford, Esq.

Enclosures

Merriman, Legando, Williams, & Klang, LLC
1360 West Ninth Street, Suite 200
Cleveland, Ohio 44113
P: 216.522.9000 F. 216.522.9007