# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Thomas Solly

CIVIL CASE NO. 1:23-cv-00402

vs.

JUDGE Dan Aaron Polster

United States of America, et al

## PRAECIPE FOR ISSUANCE

- ☐ ORIGINAL SUMMONS
- ☒ ALIAS SUMMONS
- ☐ THIRD PARTY SUMMONS
- ☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- ☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- ☐ WRIT OF EXECUTION
- ☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 03/15/2023     By: Drew Legando (0084209)

Attorney for Thomas Solly

revised 02/2009