IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS SOLLY<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants | Case No. 1:23-cv-00402<br><br>Judge Dan Aaron Polster |

**NOTICE OF VOLUNTARY DISMISSAL
OF MARCELLA HOSCH**

Under FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Thomas Solly provides notice of the dismissal of this action as to Defendant Marcella Hosch only and without prejudice.

Respectfully submitted,

s/ Drew Legando
Drew Legando (0084209)
Merriman Legando Williams & Klang, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. drew@merrimnanlegal.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    This notice was filed on the Court's ECF System on April 21, 2023, through which counsel of record will receive notice and will be served.

s/ Drew Legando
Drew Legando (0084209)
