# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Solly, | ) | CASE NO. 1:23-cv-00402 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived. The Court hereby cancels the status conference scheduled on July 17, 2023

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

_____ 07/14/2023
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**